UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GARNES,<br><br>                    Plaintiff,<br><br>-v-<br><br>PRITCHARD INDUSTRIES, INC. and 32BJ SEIU,<br><br>                    Defendants. | CIVIL ACTION NO. 23 Civ. 10707 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Mark Garnes' letter response (ECF No. 18 ("the OTSC Response")) to the Court's May 3, 2024 Order to Show Cause (ECF No. 16 (the "OTSC")). Having reviewed the OTSC Response, the Court deems the OTSC RESOLVED, albeit late, but concludes that there is no basis for altering the Report & Recommendation (ECF No. 17) it has already made to the Honorable Paul E. Engelmayer.

Dated:   New York, New York
         June 25, 2024

SO ORDERED

SARAH L. CAVE
United States Magistrate Judge